UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER ANTONIO DIAZ OROZCO,

      Plaintiff,

                                      CASE NO. 1:26-cv-1574

v.

                                        HON. ROBERT J. JONKER

KEVIN RAYCRAFT, et al.,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

Petitioner, who is not a United States citizen, initiated this action by filing a counseled petition for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). After that petition was filed, Petitioner was removed from the United States. (ECF No. 12-1, PageID.94).

Following Petitioner's removal, Respondents filed a motion to dismiss the case for lack of subject matter jurisdiction. (ECF No. 11). Counsel for the petitioner has not filed any opposition.[1] The Court concludes that, because of the removal, Petitioner's habeas petition is moot.  *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004) (noting that removal generally moots a habeas petition seeking release from immigration detention); *Marquez-Murillo v. Bondi*, No. 1:25-CV-1489, 2026 WL 19398, at *1 (W.D. Mich. Jan. 2, 2026) (dismissing case as moot after petitioner's removal); *Arevalo v. Raycraft*, No. 1:26-cv-776, ECF No. 9 (W.D. Mich. April 3, 2026) (same).

---

[1] Petitioner's counsel ably advocated on his client's behalf to prevent removal, but the Court denied Petitioner's motions for emergent relief. Now that removal has occurred, the Court does not need or expect a response from counsel because it seems clear the Court can no longer provide the relief Petitioner originally brought, thus requiring dismissal of the proceeding as moot. In the Cout's view, Petitioner's counsel has done all he reasonably was able to do for his client.

2

Accordingly, Respondents' motion to dismiss (ECF No. 11) is **GRANTED**. The case is

**DISMISSED**.


Dated:   May 29, 2026                                  /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

2